# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM∆
BRUCE E. MENKEN
JASON J. ROZGER∆
SCOTT SIMPSON
BRENNA RABINOWITZ

∆ALSO ADMITTED NJ

February 10, 2020

**VIA ECF**
The Hon. Lewis J. Liman
U.S. District Court Judge
Southern District of New York
500 Pearl St., Rm. 701
New York, NY 10007

Re: <u>Malzberg v. New York University</u>, No. 1:19-cv-10048 (LL)

Dear Judge Liman:

      This firm represents the Plaintiff in the above-captioned matter. I write on behalf of both parties to request an adjournment of the Initial Pretrial Conference currently scheduled for February 20, 2020, at 11:30 a.m. *See* ECF No. 18.

      This is the parties' first such request for either an adjournment or an extension of time. The parties conferred via email on February 7 and February 10, 2020, and jointly propose the following dates in lieu of February 20: February 27, March 2, or March 3, 2020.

      We respectfully request that the Court adjourn the Initial Conference from February 20, 2020, to one of the proposed dates above.

Adjournment GRANTED. The pretrial conference will be held on February 27, 2020 at 10:30 a.m. The parties are directed to my Individual Practices with respect to submission of a Case Management Plan and Scheduling Order.

SO ORDERED.

/s/ LEWIS J. LIMAN
United States District Judge

2/13/2020

Respectfully yours,

/s/ Scott Simpson
Scott Simpson
Beranbaum Menken LLP
80 Pine St., 33rd Fl.
New York, NY 10005
Tel.: 212-509-1616
Fax: 212-509-8088

    cc: Joan Gilbride, Esq. (by ECF)