```
                                                    ┌──────────────────────────────────┐
                                                    │ USDC SDNY                        │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                         │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED             │
------------------------------------------------X   │ DOC #:_____            │
                                            :       │ DATE FILED: 04/15/2020           │
LAURENCE MALZBERG,                          :       └──────────────────────────────────┘
                                            :
                Plaintiff,                  :
                                            :              19-CV-10048 (LJL)
        -v-                                 :
                                            :                  ORDER
NEW YORK UNIVERSITY,                        :
                                            :
                Defendant.                  :
                                            :
------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

  The Court is in receipt of a proposed protective order filed by Defendant. (*See* Dkt. No. 26.) Defendant is ORDERED to submit a black-line comparison between the proposed order and the Court's model order, available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/LJL%20Liman%20Model%20Protective%20Order%20FINAL.pdf.

  SO ORDERED.

Dated: April 15, 2020       _____
   New York, New York         LEWIS J. LIMAN
               United States District Judge