

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

February 3, 2022

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

ESTHER FEUER
DIRECT: 646.367.6798
EFEUER@KBRLAW.COM

<u>VIA ECF</u>

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Laurence Malzberg v. New York University
       <u>Civil Action No. 19-cv-10048 (JPO)</u>

Dear Judge Liman:

We represent the Defendant, New York University, in the above referenced matter and submit this letter on behalf of both parties in this matter. On May 24, 2021, the Court held a Post-Discovery Status Conference during which Your Honor set a briefing schedule for Defendant's anticipated Motion for Summary Judgement. During that conference, Your Honor also scheduled a Joint Pretrial Order due by March 2, 2022, Final Pretrial Conference on March 3, 2022 and a Jury Trial to commence on March 7, 2022, should Your Honor find that material issues of fact precluded summary judgment on any of Plaintiff's claims.

Defendant's Motion for Summary Judgment was fully briefed and submitted on October 25, 2021. In light of the upcoming trial date, the parties respectfully request an adjournment of the upcoming deadlines and trial date until we receive the Court's decision on our submitted motion.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*Joan Gilbride*

Joan M. Gilbride
Esther Feuer

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

7935872

Page 2

cc: (via ECF)

    Scott Simpson, Esq.
    Raya Saksouk, Esq.
    Menken Simpson & Rozger LLP
    *Attorneys for Plaintiff*