# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᴬ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᴬ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

March 16, 2022

**VIA ECF**
The Hon. Lewis J. Liman
U.S. District Court Judge
Southern District of New York
500 Pearl St., Rm. 701
New York, NY 10007

Re: <u>Malzberg v. New York University</u>, No. 1:19-cv-10048 (LJL)

Dear Judge Liman:

  This firm represents the Plaintiff in the above-captioned matter. I write jointly with defense counsel to request a short adjournment of the oral argument in connection with Defendant's Motion for Summary Judgment, currently scheduled for March 28, 2022 at 5:00 pm pursuant to today's Order.

  I am lead counsel for the Plaintiff and I will be traveling on that date and time. I have conferred with defense counsel and the parties are available for oral argument any time on April 7, 13, 14 or 15.

  I thank the Court for its consideration of this request.

                Respectfully yours,

                <u>/s/ Scott Simpson</u>
                Scott Simpson
                Menken Simpson & Rozger LLP
                80 Pine St., 33rd Fl.
                New York, NY 10005
                Tel.: 212-509-1616
                Fax: 212-509-8088

cc: Joan Gilbride, Esq. (by ECF)