UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laurence Malzberg,

                        Plaintiff,

-against-

New York University,

                        Defendant.



1:19-cv-10048 (LJL) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on May 31, 2022, at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

      The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:    New York, New York
            April 21, 2022

                                           _____
                                           STEWART D. AARON
                                           United States Magistrate Judge